■ JOSEPH COLVIN, Individually and as a Parent and Natural Guardian of KATHLEEN M. COLVIN, an Infant, Respondent, v RUSSELL R. BAUER et al., Defendants, and TOWN OF CHEEKTOWAGA, Appellant. (Appeal No. 2.) [629 NYS2d 687] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Howe, J. (Appeal from Order of Supreme Court, Erie County, Howe, J.—Summary Judgment.) Present— Lawton, J. P., Fallon, Wesley, Davis and Boehm, JJ.